| | |
|---|---|
| Christine Bollow,<br><br>Plaintiff,<br><br>v.<br><br>Donyell Carr, individually and as an employee/agent of Walmart, Inc., and Walmart Inc., d/b/a Walmart Supercenter #1359, and Wal-Mart Stores, Inc., and Wal-Mart Stores East, L.P.,<br><br>Defendants. | **AFFIDAVIT OF DONYELL CARR** |

PERSONALLY appeared before me Donyell Carr, who, being duly sworn, states:

1. This affidavit is made upon my personal knowledge. I am over 18 years of age and am competent to testify under oath.

2. I am currently employed as the Operations Manager of Walmart Store 3713 in Ladson, South Carolina.

3. As set forth in the Employment History report attached hereto as Exhibit A, I was previously employed as an Assistant Manager with Walmart Store 1359. However, my assignment with that store officially ended on October 9, 2020.

4. As such, I was not employed with Store 1359 at the time of the May 25, 2021, incident alleged by Plaintiff in her Complaint in this matter.

FURTHER THE AFFIANT SAYETH NOT.

[signature]
Donyell Carr

STATE OF SOUTH CAROLINA
COUNTY OF Berkeley

SWORN to before me this 24th day of May 2024.

[signature]
Notary Public for South Carolina
My Commission Expires: 3/8/2033

STEVEN HARRIS
NOTARY PUBLIC
State of South Carolina
My Commission Expires 3/8/2033

**EXHIBIT 1**

## Job History

**Coach**
Walmart, October 2020 - January 2022 | 1 year 3 months | Charleston, West Ashley 3367

**Assistant Manager**
Walmart, July 2018 - October 2020 | 2 years 3 months | North Charleston Rivers Ave 1359

**Asst Mgr-WM**
Walmart, Inc., July 2016 - July 2018 | 1 year 11 months | 03367-NORTH CHARLESTON-SC

**Assistant Mgr Trainee**
Walmart, Inc., July 2016 | 03367NORTH CHARLESTON-SC

**Ex. A to Ex. 1 Affidavit of Donyell Carr**